STATE of Missouri, Plaintiff/Respondent,

v.

Keith JOHNSON–BEY, Defendant/Appellant.

Keith JOHNSON–BEY, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

Nos. 61937, 63870.

Missouri Court of Appeals, Eastern District, Division One.

March 8, 1994.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction, by a jury, of delivery of a controlled substance. § 195.211, RSMo Supp.1993. He was sentenced as a persistent offender to fourteen years imprisonment. He also appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm. We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.-16(b).